IT IS SO ORDERED.

*s/Pamela A. Barker* 11/24/21
**PAMELA A. BARKER,**
**U.S. DISTRICT JUDGE**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| REGINA ANTHONY, | ) | CASE NO. 1:21-cv-00228 |
| | ) | |
| Plaintiff, | ) | JUDGE PAMELA A. BARKER |
| | ) | |
| v. | ) | |
| | ) | **STIPULATED DISMISSAL** |
| PNC BANK, N.A., | ) | |
| | ) | |
| Defendant. | ) | |

Plaintiff Regina Anthony, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby dismisses all claims pending in this matter, with prejudice, and with the consent of Defendant PNC Bank, N.A. Each party to bear its or their own costs.

Respectfully submitted,

**Plaintiff Regina Anthony**

/s/ *Daniel S. Dubow*
Daniel S. Dubow (0095530)
**SPITZ**
25825 Science Park Drive, Suite 200
Beachwood, OH 44122
Phone: (216) 291-4744
Fax:    (216) 291-5744
Email: daniel.dubow@spitzlawfirm.com

*Attorney For Plaintiff*

**Defendant PNC Bank, N.A.**

/s/ *Lisa A. Dreishmire*
Erin Dougherty Foley
Illinois Bar No. 06269761
edfoley@seyfarth.com
Lisa A. Dreishmire (Admitted *pro hac vice*)
Illinois Bar No. 6310738
ldreishmire@seyfarth.com
SEYFARTH SHAW LLP
233 South Wacker Drive, Suite 8000
Chicago, Illinois 60606
T:  (312) 460-5000
F:  (312) 460-7000

*Attorneys for PNC Bank, N.A.*